UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEISURE RECREATION & ENTERTAINMENT, INC. | * * * | NUMBER: 3:23-CV-00419-SDD-RLB |
| VERSUS | * * | JUDGE: SHELLY D. DICK |
| NAVIGATORS SPECIALTY INSURANCE COMPANY | * * * | MAGISTRATE: RICHARD L. BOURGEOIS, JR. |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Leisure Recreation & Entertainment, Inc., which, having resolved all claims against all parties, requests that the Court dismiss this suit, with prejudice, with each party to bear its own costs.

Respectfully submitted,
**TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.**

By: **/s/ John Stone Campbell III**
John Stone Campbell III, La. Bar No. 23674
Ryan K. French, La. Bar No. 34555
Peyton T. Gascon, La. Bar No. 40369
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 381-0241
Facsimile: (225) 215-8704
Email: johnstone.campbell@taylorporter.com
ryan.french@taylorporter.com
peyton.gascon@taylorporter.com

*Counsel for Plaintiff, Leisure Recreation & Entertainment, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

/s/ John Stone Campbell III

5339702.v1